UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| MOHAMED E. AHMED<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.,<br><br>Defendant. | CASE NO.: 3:12-CV-00003<br><br>**NOTICE OF REMOVAL** |

Defendant Sallie Mae, Inc. (incorrectly named in the Small Claims Petition as Salle Mae, and hereinafter "Sallie Mae") hereby removes this action to the United States District Court for the Southern District of Iowa, and in support thereof, states:

1. On December 28, 2011, Plaintiff Mohamed Ahmed commenced a civil action in the Iowa District Court in and for Johnson County, entitled <u>Mohamed Ahmed v. Salle Mae</u>, Case Number SCSC081119.  On January 4, 2012 Sallie Mae received by mail a copy of the Original Notice—Action for Money Judgment and accompanying documents.  Except for redactions required by Local Rule 10(h), true and accurate copies of these documents are attached hereto as Exhibit A.[1]

2. No further proceedings have occurred in the Iowa District Court in and for Johnson County in this case.  No pleadings have been filed in the state court action except for those attached hereto.

3. The time within which Sallie Mae is required by 28 U.S.C. § 1446(b) to file this Notice of Appeal has not expired.

---

[1] A financial account number has been redacted pursuant to Local Rule 10(h)(4).

4.      In his pleadings, Plaintiff claims "the amount of $5000 based on Credit Rating Damage" related to a particular financial account.  While it is not entirely clear from Plaintiff's pleadings, he is apparently alleging Sallie Mae engaged in one or more violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

5.      In fact, assuming Plaintiff has a remedy,[2] it must arise under federal law because state law claims related to "credit rating damage" are preempted.  See 15 U.S.C. § 1681t(b)(1)(F) (providing, with certain inapplicable exceptions, that "[n]o requirement or prohibition may be imposed under the laws of any State (1) with respect to any subject matter regulated under . . . (F) section 1681s-2 of this title, relating to the responsibilities of persons who furnish information to consumer reporting agencies"); see also MacPherson v. JP Morgan Chase Bank, N.A., — F.3d —, 2011 WL 6450777, at *2 (Dec. 23, 2011) (holding that section 1681t(b)(1)(F) preempts all state law claims that are based on allegations that false information about a consumer's finances was reported to a consumer credit reporting agency); Purcell v. Bank of Am., 659 F.3d 622, 625 (7th Cir. 2011) (same); Ross v. FDIC, 625 F.3d 808, 813 (4th Cir. 2010) (holding that claims seeking damages for allegedly false reporting of credit information based on state law defamation claims and violations of a state unfair and deceptive trade practices act are preempted).

6.      Because Plaintiff's claims can only arise under federal law—if he has any claims at all—Plaintiff's action arises under the laws of the United States for purposes of 28 U.S.C. § 1331.  This action is therefore removable pursuant to 28 U.S.C. § 1441(a).

---

[2] Sallie Mae does not concede that Plaintiff has a viable federal claim.  In fact, it is doubtful Plaintiff has a private remedy at all under section 1681s-2(a) in light of section 1681s-2(c)(1). See 15 U.S.C. § 1681s-2(c)(1); see also Purcell v. Bank of Am., 659 F.3d 622, 623 (7th Cir. 2011) ("Section 1681s-2(c)(1) provides that the portions of the Act allowing awards of damages to private parties to not apply to claims under [section 1681s-2](a).  That leaves enforcement in the hands of state and federal agencies under § 1681s and § 1681s-2(d).")

7. The United States District Court for the Southern District of Iowa embraces the place in which the removed action was pending for purposes of 28 U.S.C. § 1441(a).  See 28 U.S.C. § 95(b)(5).

8. A copy of this notice of removal is being filed with the Iowa District Court in and for Johnson County, Iowa.

WHEREFORE, Defendant Sallie Mae, Inc., gives notice of the removal of the above-captioned action from the Iowa District Court in and for Johnson County to the United States District Court for the Southern District of Iowa.

Respectfully submitted,

/s/ Matthew R. Eslick AT0002409
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899
Telephone:  (515) 283-3167
Facsimile:  (515) 283-3108
Email: mreslick@nyemaster.com
**ATTORNEY FOR DEFENDANT
SALLIE MAE, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system. I further certify that on January 6, 2012, I caused a copy of the foregoing to be served by United States mail, postage prepaid, addressed as follows:

Mohamed E. Ahmed
941 22nd Ave., #14
Coralville, Iowa  52241

                                                 /s/ Matthew R. Eslick_____