Print Form

February 2002      SMALL CLAIMS FORMS      Ch 3, p.1

JAN - 4 2012

## CHAPTER 3
### STANDARD FORMS OF PLEADINGS FOR SMALL CLAIMS ACTIONS
(Pursuant to Iowa Code section 631.15)

**Form 3.1:** *Original Notice - Action for Money Judgment.*

IN THE DISTRICT COURT OF IOWA
IN AND FOR __JOHNSON__ COUNTY, IOWA

Plaintiff(s)
Mohamed E. Ahmed
(Name)
941 22nd ave #14
(Address)
Coralville, IA 52241
(Name)

(Address)

vs.

Defendant(s)
Salle Mae
(Name)
P.O. Box 9500
(Address)
Wilkes-Barre, PA 18773
(Name)

(Address)

ORIGINAL NOTICE
(Action for money judgment)
Small Claim No. SCSC0 81119
Date Filed _____

TO THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY NOTIFIED that the plaintiff(s) demand(s) from you the amount of $ __5000__ based on __Credit Rating Damage. on acctt # REDACTED__ (state briefly the basis for the debt). UNLESS YOU APPEAR by completing and filing the attached appearance and answer form with the clerk of the court at __417 South Clinton Street__ (exact address) in __Iowa City__ (city), Iowa __52240__ (zip code), within 20 days after service of this original notice upon you, judgment shall be rendered against you upon plaintiff's claim together with interest and court costs.

IF YOU DENY THE CLAIM AND APPEAR by filing the attached appearance and answer within 20 days after service of this original notice upon you, you will then receive notification from the clerk's office of the place and time as-signed for hearing.

*Mohamed E. Ahmed*
Plaintiff(s)

Judgment Entry: _____

[Court Order December 11, 1975, received for publication February 28, 1984; June 29, 1984; Letter May 12, 1987 (obsolete reference to "town" stricken); November 9, 2001, effective February 15, 2002]



EXHIBIT A



JOHNSON COUNTY CLERK OF DISTRICT COURT

P.O. Box 2510
Iowa City, Iowa 52244-2510
PHONE 319.356.6060

Lodema Berkley, Clerk of Court
Barbara Bigelow, Supervisor
Tammie Christiansen, Supervisor

**If you wish to have a hearing** to argue your side of this case before a Magistrate Judge, then fill out the attached APPEARANCE AND ANSWER OF DEFENDANT form and circle the word **DENY**. Then see that it gets to our office within the amount of time indicated on the ORIGINAL NOTICE form. If you circle the word **ADMIT**, a Hearing before a Magistrate will not be scheduled and a Judgment will be entered against you by default.

**If you wish to settle** this Small Claim, please contact the Plaintiff, or their Attorney, *as soon as possible*, so that a DISMISSAL is filed with our office before the time period shown on the ORIGINAL NOTICE has passed.

Our office is located at 417 South Clinton Street, Iowa City, Iowa 52240. If you choose to mail your Appearance and Answer form to our office, do so at the mailing address listed above.

*PLEASE NOTE:* Our office will notify you by ordinary mail of the date and time of the hearing. PLEASE WRITE YOUR **CORRECT MAILING ADDRESS** ON THE *APPEARANCE AND ANSWER OF DEFENDANT* form. This is the exact address that your Hearing Notice will be mailed to. Also, please indicate a phone number that you can be reached at during our office hours.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 1-319-398-3920, Ext. 1100. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

To search Iowa Court Records online, go to:
www.iowacourts.gov
in the left column click Online Court Services
then click Online Docket Record
next click Online Docket Records Search
under Trial Court click Case Search
then type in the Name and click the drop down boxes for Role, County, and Case Type
then click Search, when found, go to Filings, etc. to follow the proceedings in your case

# APPEARANCE AND ANSWER OF DEFENDANT

## IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY, IOWA

**Plaintiff(s)**
  (Name)................................................... )
  (Address)................................................ )        **Appearance and Answer**
  (Name)................................................... )                **of Defendant**
  (Address)................................................ )

             **VS.**                                      }   SCSC0.........................

**Defendant(s)**
  (Name)................................................... )
  (Address)................................................ )
  (Name)................................................... )
  (Address)................................................ )

  **Daytime Phone Number:**

I HEREBY enter my appearance and **Deny / Admit** (circle one) the claim of the Plaintiff(s).

                    ...............................................
                    **Defendant**

                    By...........................................
                    **Attorney for Defendant**



CLERK OF DISTRICT COURT
PO BOX 2510
IOWA CITY, IOWA 52244-2510

7010 1870 0000 5126 0136

RESTRICTED DELIVERY

Legal?

Salle Mae
PO Box 9500
Wilkes Barre PA 18773

RETURN RECEIPT REQUESTED

JAN - 4 2012

18773$9500