UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| MOHAMED E. AHMED,<br><br>      Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC.,<br><br>      Defendant. | CASE NO.: 3:12-CV-00003<br><br>**LOCAL RULE 81(a) STATEMENT** |

      Pursuant to Local Rule 81(a), Defendant Sallie Mae, Inc., submits the following information:

      1.      The pleadings and other papers served upon the parties are listed below and are attached to the Notice of Removal:

- Original Notice—Action for Money Judgment, attached as Exhibit A.[1]

      2.      There are no matters pending in the state court that will require resolution by this Court, other than the underlying case.

      3.      The Plaintiff has appeared <u>pro se</u> in the state court action.

---

[1] A financial account number has been redacted pursuant to Local Rule 10(h)(4).

Respectfully submitted,

/s/ Matthew R. Eslick AT0002409
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899
Telephone:  (515) 283-3167
Facsimile:  (515) 283-3108
Email: mreslick@nyemaster.com
**ATTORNEY FOR DEFENDANT
SALLIE MAE, INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 6, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system.  I further certify that on January 6, 2012, I caused a copy of the foregoing to be served by United States mail, postage prepaid, addressed as follows:

Mohamed E. Ahmed
941 22nd Ave., #14
Coralville, Iowa  52241

                                                     /s/ Matthew R. Eslick_____